UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 4:15-cr-8-TWP-VTW |
| ) | |
| EMMANUEL SOLOMON, ) | |
| ) | |
| Defendant. ) | |

**REPORT AND RECOMMENDATION**

On February 24, 2025, the Court held a Revocation Hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on February 12, 2025 (Dkt. 69). Defendant Emmanuel Solomon appeared in person with his appointed counsel James Earhart. The government appeared via telephone by Todd Shellenbarger, Assistant United States Attorney. U. S. Probation appeared via telephone by Officer Andrea Hillgoth.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. At the Initial Hearing held on February 14, 2025, the Court advised Mr. Lynch of his rights and provided him with a copy of the petition. Mr. Solomon orally waived his right to a preliminary hearing.

2. After being placed under oath at the Revocation Hearing, Mr. Solomon admitted Violations Numbers 1 through 4 (Dkt. 69).

3. The allegations to which Mr. Solomon admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"The defendant shall not have unsupervised contact with a minor child unless approved by the Court. Supervised contact with a minor child must be approved in advance by the probation officer."**<br><br>On January 16, 2025, the probation office discovered Mr. Solomon attended a minor child's birthday party without permission. Mr. Solomon admitted two minor children were present.<br><br>On February 5, 2025, the probation office discovered Mr. Solomon had additional contact with the minor child from the birthday party. Mr. Solomon was never approved supervised contact. |
| 2 | **"The defendant shall answer all inquiries by the probation officer and follow the instructions of the probation officer."**<br><br>Throughout Mr. Solomon's supervision, he has been instructed to report all new relationships and any contact with a minor to his probation officer. Mr. Solomon has failed to comply with his officer's instructions regarding disclosure of both contact with minors and new relationships.<br><br>As previously reported to the Court, Mr. Solomon has been repeatedly reminded that per the Sex Offender Registry requirements, he should be spending the majority of his time at his residence. However, the probation office confirmed via GPS monitoring that he was not following his probation officer's instructions in remaining at his primary residence. |
| 3 | **"The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer."**<br><br>As previously reported to the Court, on October 17, 2024, Senior U.S. Probation Officer Hillgoth left her business card at Mr. Solomon's residence instructing him to call immediately. He failed to make contact with Sr. USPO Hillgoth or the probation office as instructed. |
| 4 | **"The defendant shall not meet, communicate, or otherwise interact with a person whom the defendant knows to be engaged, or planning to be engaged, in criminal activity, or whom the defendant knows to have been convicted of a felony, unless granted permission to do so by the probation officer."** |

>As previously reported to the Court, on July 16, 2024, Emmanuel Solomon admitted he was at the Esquire Inn with James Graham. Mr. Solomon was aware that Mr. Graham is a convicted sex offender and had recently failed multiple polygraph exams regarding sexual contacts.

4. The parties stipulated that:

    (a) The highest grade of violation is a Grade C violation.

    (b) Defendant's criminal history category is I.

    (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 3 to 9 months' imprisonment.

5. The parties jointly recommended a sentence of imprisonment of 9 months. Thereafter, Mr. Solomon shall be returned to supervised release for a term of 13 years.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of 9 months with 13 years of supervised release to follow. In addition to the mandatory conditions of supervision, the following conditions of supervised release will be imposed:

1. You shall report to the probation office in the judicial district to which you are released within 72 hours of release from the custody of the Bureau of Prisons. *Justification: This condition is an administrative requirement of supervision.*

2. You shall report to the probation officer in a manner and frequency directed by the court or probation officer. *Justification: This condition is an administrative requirement of supervision.*

3. You shall permit a probation officer to visit you at a reasonable time at home, or another place where the officer may legitimately enter by right or consent, and shall permit confiscation of any contraband observed in plain view of the probation officer. *Justification: This condition is an administrative requirement of supervision.*

4. You shall not knowingly leave the judicial district without the permission of the court or probation officer. *Justification: This condition is an administrative requirement of supervision.*

5. You shall answer truthfully the inquiries by the probation officer, subject to your 5th Amendment privilege. *Justification: This condition is an administrative requirement of supervision.*

6. You shall not meet, communicate, or otherwise interact with a person you know to be engaged, or planning to be engaged, in criminal activity. You shall report any contact with persons you know to be convicted felons to your probation officer within 72 hours of the contact. *Justification: This condition is aimed at reducing the risk of recidivism and providing for public safety.*

7. You shall reside at a location approved by the probation officer and shall notify the probation officer at least 72 hours prior to any planned change in place or circumstances of residence or employment (including, but not limited to, changes in who lives there, job positions, job responsibilities). When prior notification is not possible, you shall notify the probation officer within 72 hours of the change. *Justification: This condition will assist the probation officer in monitoring the defendant for protection of the community.*

8. You shall not own, possess, or have access to a firearm, ammunition, destructive device or dangerous weapon. *Justification: This condition will provide for public and officer safety.*

9. You shall notify the probation officer within 72 hours of being arrested, charged, or questioned by a law enforcement officer. *Justification: This condition will assist the probation officer in monitoring the defendant for protection of the community.*

10. You shall maintain lawful full time employment, unless excused by the probation officer for schooling, vocational training, or other reasons that prevent lawful employment. *Justification: This condition will ensure the defendant maintains gainful employment and reduce the risk of recidivism.*

11. You shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court. *Justification: This condition will assist the probation officer in monitoring the defendant for protection of the community.*

12. As directed by the probation officer, you shall notify third parties who may be impacted by the nature of the conduct underlying your current or prior offense(s) of conviction and/or shall permit the probation officer to make such notifications and/or confirm your compliance with this requirement. *Justification: This condition will reduce the risk to the community posed by the offense of conviction, as well as the offender's personal history and characteristics.*

13. You shall make a good faith effort to follow instructions of the probation officer necessary to ensure compliance with the conditions of supervision. *Justification: This condition is an administrative requirement of supervision.*

14. You shall not have unsupervised meetings, activities, or visits, or intentional communications with any minor unless they have been disclosed to the probation officer and approved by the court. You shall not have supervised meetings, activities, visits, or intentional communications with any minor unless they have been approved by the probation officer. Before you may request approval for such meetings, activities, visits, or intentional communications (unsupervised or supervised), you must notify the person(s) having custody of any such minor(s) about the conviction in this case and the fact that you are under supervision. *Justification: Due to the nature of the offense, this condition is recommended to protect society.*

15. You shall not be employed in any position or participate as a volunteer in any activity that involves unsupervised meetings, intentional communications, activities, or visits with minors except as disclosed to the probation officer and approved by the court. *Justification: Due to the nature of the offense, this condition is recommended to ensure safety of the community.*

16. You shall not enter or remain at a place for the primary purpose of observing or contacting children under the age of eighteen. You shall not loiter in public restrooms or around any places where minors congregate. *Justification: Due to the nature of the offense, this condition is recommended to protect society and reduce the risk of recidivism.*

17. You shall not participate in unsupervised meetings, intentional communications, activities, or visits with persons you know to be a registered sex offender or to have been convicted of a felony sex offense involving an adult or minor, including any child pornography offense, except as disclosed to the probation officer and approved by the court. This condition is not intended to prevent you from participating in treatment programs or religious services with felons in such programs/services so long as the activity has been disclosed as described above. *Justification: Due to the nature of the offense, this condition is recommended to protect society and reduce the risk of recidivism.*

18. You shall not rent or use a post office box or storage facility without authorization from the probation officer. *Justification: Due to the nature of the instant offense, this condition is recommended to reduce the risk of recidivism.*

19. You shall not possess any child pornography or visual depictions of child erotica or nude minors. Any such material found in your possession shall be considered contraband and will be confiscated by the probation officer. *Justification: Due to the nature of the offense, this condition is needed to support the goals of sex offender treatment.*

20. You shall participate in a program of treatment for sexual disorders, including periodic polygraph examinations, as directed by the probation officer. The treatment provider should determine the type and timing of such polygraph examinations. The court authorizes the release of the presentence report and available psychological evaluations to the treatment provider, as approved by the probation officer. *Justification: Due to the offender's history and noncompliance, treatment may help to explore his cognitions and to assist him in learning how to control inappropriate sexual behaviors. This condition will also assist in determining if the offender is maintaining compliance with the rules of his sex offender counseling and conditions.*

21. You shall consent, at the direction of the probation officer, to having installed on your computer(s), telephone(s), electronic devices, and any hardware or software, systems to monitor your use of these items. Monitoring will occur on a random and/or regular basis. You will warn other occupants or users of the existence of the monitoring hardware or software. To promote the effectiveness of this monitoring, you shall disclose in advance all cellular phones, electronic devices, computers, and any hardware or software to the probation officer and may not access or use any undisclosed equipment. *Justification: Due to the nature of the instant offense and history of noncompliance, this condition is necessary to ensure the protection of the community and ensure compliance of supervision conditions.*

22. You shall pay the costs associated with the following imposed conditions of supervised release/probation, to the extent you are financially able to pay: sex offender assessment/treatment, computer monitoring, and polygraph examinations. The probation officer shall determine your ability to pay and any schedule of payment. *Justification: This condition will require the offender to invest in his own rehabilitation.*

23. You shall provide the probation officer access to any requested financial information and shall authorize the release of that information to the U.S. Attorney's Office for use in connection with the collection of any outstanding fines and/or restitution. *Justification: This condition will assist the probation officer in assessing the offender's ability to pay for treatment services.*

24. You shall submit to the search by the probation officer of your person, vehicle, office/business, residence, and property, including any computer systems and hardware or software systems, electronic devices, telephones, and Internet-enabled devices, including the data contained in any such items, whenever the probation officer has a reasonable suspicion that a violation of a condition of supervision or other unlawful conduct may have occurred or be underway involving you and that the area(s) to be searched may contain evidence of such violation or conduct. Other law enforcement may assist as necessary. You shall submit to the seizure of contraband found by the probation officer. You shall warn other occupants these locations may be subject to searches. *Justification: Due to the nature of the instant offense, this condition is necessary to ensure the protection of the community by allowing the probation officer to investigate any reasonable suspicion the offender is engaging in criminal behavior.*

25. You shall pay any outstanding location monitoring fees that were accrued during supervision.

26. You shall reside in a residential reentry center for a term of up to 180 days. You shall abide by the rules and regulations of the facility. *Justification: Mr. Solomon's plan for housing following any term of incarceration is unknown at this time. A placement at the residential reentry center would allow for stable housing to assist in his rehabilitation until he can secure his own personal residence.*

Defendant acknowledged he had reviewed the above-noted conditions with his attorney.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties waived the fourteen-day period to object to the Report and Recommendation.

2/24/2025

_____
VAN WILLIS
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

Electronic Notice to USPO